**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION**

EDDIE RAY FORD,
Petitioner

CIVIL ACTION NO. 5:19-CV-1428-P

VERSUS

CHIEF JUDGE S. MAURICE HICKS, JR.

JERRY GOODWIN,
Respondent

MAGISTRATE JUDGE PEREZ-MONTES

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 7), and after a de novo review of the record including the objection filed by Petitioner (ECF No. 8), and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (ECF No. 1) is hereby **DENIED** and **DISMISSED WITH PREJUDICE** as time-barred under 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 2nd day of July, 2020.

S. MAURICE HICKS, JR.
**UNITED STATES DISTRICT JUDGE**